v.

**The STATE of Texas, Appellee.**

**No. 28714.**

Court of Criminal Appeals of Texas.

Jan. 2, 1957.

**Bessie Lee WILBON, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28715.**

Court of Criminal Appeals of Texas.

Jan. 2, 1957.

---

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Selling beer in a dry area is the offense, with punishment assessed at fine of $150.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.